UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT C. DEHOYOS, | ) | Case No. EDCV 08-1079 MMM(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| ROBERT HERNANDEZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 24, 2011

*Margaret M. Morrow*
_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE